# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON J. MIMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDUARDS R. ABELE, ET AL.<br><br>　　　　Defendants. | CASE NO. 2:16-CV-09442-DMG (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing First Amended Complaint, **IT IS ADJUDGED** that the First Amended Complaint is dismissed without leave to amend and this action dismissed.

DATED:　August 7, 2017

　　　　　　　　　　　　　　　　　　　HON. STEVE KIM
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE